CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JUL 29 2011
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| BRYAN JAMES VALENTINE, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROANOKE COUNTY POLICE, ) <br> DEPARTMENT, et al., ) <br> Defendants. ) | Civil Action No. 7:10-cv-00429 <br><br> **ORDER** <br><br> By: Hon. Jackson L. Kiser <br> Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that defendants' motion to dismiss is **GRANTED in part and DENIED in part**; it is **GRANTED in part** for claims of negligence, reckless endangerment, and excessive force against property and **DENIED in part** for plaintiff's remaining claims of excessive force against his person, battery, and an assault; and the defendants **SHALL** within forty-five days of this Order permit plaintiff to view discoverable records, pursuant to Fed. R. Civ. P. 26, that allow him to identify the John Doe and other named defendants who were immediately present when officers physically removed him from the attic.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff and counsel of record for the defendants.

ENTER: This 29th day of July, 2011.

/s/ Jackson L. Kiser
Senior United States District Judge