CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RHa

JAN 06 2012

JULIA C. DUDLEY, CLERK
BY: HMcDor
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BRYAN JAMES VALENTINE, ) | Civil Action No. 7:10-cv-00429 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| ROANOKE COUNTY POLICE, ) | | |
| DEPARTMENT, <u>et al.</u>, ) | By: Hon. Jackson L. Kiser | |
| Defendants. ) | Senior United States District Judge | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for voluntary dismissal (no. 32) is **GRANTED**; all remaining pending motions are **DENIED as moot**; and the action is **DISMISSED without prejudice** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to plaintiff and counsel of record for defendants.

ENTER: This 6th day of January, 2012.

Senior United States District Judge